```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DONALD HOOD, ET AL.,          :       CIVIL ACTION
                              :
        v.                    :
                              :
HONEYWELL INTERNATIONAL, INC.,:       NO. 02-2736
```

## **O R D E R**

AND NOW, this **24th** day of **May 2002,** it is Ordered that the Initial Pretrial Conference scheduled on May 31, 2002 is **CANCELLED.**

```
    ATTEST:                    or    BY THE COURT


    BY:_____       _____
       Deputy Clerk                         Judge
```

C.V. 12 (4/99)

Peter Neeson, Esq.
Robert O'Shea, Esq.